**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Oscar CANTU–RAMIREZ, also known
as Cowboy, also known as Carin;
Raul Cantu–Ramirez; Lauro Abel
Grimaldo, Defendants–Appellants.**

No. 10–40279
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 31, 2011.

Heather Harris Rattan, Esq., Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee.

Garland Don Cardwell, Munson, Munson, Cardwell & Tillett, Sherman, TX, Danny Eugene Wood, Jr., Esq., Terrell, TX, William A. Bratton, III, Esq., Dallas, TX, for Defendants–Appellants.

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Raul Cantu–Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cantu–Ramirez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's mo-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

tion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.